JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM THORNTON ACTING ON BEHALF OF JOHN WESLEY WOODRUFF,<br><br>      Petitioner,<br><br>vs.<br><br>SHERIFF, COUNTY OF ORANGE,<br><br>      Respondent. | Case No. SACV 14-0598-JFW (DTB)<br><br>**J U D G M E N T** |

    Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: __April 28__, 2014

*/s/ John F. Walter*

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE